**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____

Simao Mpembele

                Petitioner,

      v.

PATRICIA HYDE, Field Office Director,
U.S. Immigration and Customs
Enforcement, Boston Field Office,
TODD LYONS,
Acting Director, U.S. Immigration and.
Customs Enforcement, and
KRISTI NOEM, Secretary of U.S.
Department of Homeland Security,

              Respondents.

C.A. No. 1:26-cv-10344

**PETITION FOR WRIT OF HABEAS CORPUS**

This is a petition for a writ of habeas corpus filed on behalf of Petitioner, Simao Mpembele, seeking relief to prevent his transfer out of the Commonwealth of Massachusetts. Respondents are detaining Petitioner pending removal proceedings at the Chelmsford, MA Immigration Court.

**STATEMENT OF FACTS**

1. Petitioner, Simao Mpembele is a 34 year-old Angolan national who has resided in the United States since April 2023.

2. Petitioner is presently in the custody of U.S. Immigration Customs and Enforcement ("ICE") at the Immigration and Customs Enforcement Field Office in Burlington, at 1000 District Ave., Burlington, MA 01803.

3. ICE detained Petitioner on January 21, 2026. According to his pastor, he was about to get into his car after finishing his shift at Home Depot in Westbrooke, Maine, when ICE arrested him.

4. Petitioner has no known criminal history.

5. Based on communication through Petitioner's pastor, ICE has held Petitioner at the Burlington ICE Field Office for roughly two days.  This field office is not designed or zoned to hold individuals for mor than 12 hours at a time.  There are no showers, reportedly men and women are being held in the same rooms (which contains a toilet without privacy), and there is a documented history of ICE failing to provide soap or hand sanitizer and inadequate food.

6. The ICE detainee locator instructs us to call the local ICE field office and provides the Boston, MA ICE Field Office phone number.   That phone number recites a brief, prerecorded message, and then the call automatically ends; there is no process to request to speak to a person, leave a message, or dial an extension.  ICE does not allow attorneys of detained individuals to visit them at this Field Office, and historically allows only one call -at most- per day, limited to 2 minutes.  As a result, individuals detained at the Burlington Field Office  - like Petitioner  -  are deprived of their right to counsel.

7. Petitioner has no known criminal history and has a pending asylum application before the Immigration Court.

8. ICE has been transferring detainees at the Burlington, MA Field Office to the South Louisiana ICE Processing Center.  Counsel is submitting this habeas petition out of concern that ICE will imminently try to transfer him to the Louisiana center.

9. Transferring Petitioner outside of Massachusetts would infringe on his due process rights by impacting counsel's ability to represent him effectively in bond and removal proceedings before the Immigration Court.

10. Continuing to detain Respondent at a facility with a documented failure to provide adequate conditions of detention is a violation of his Eight Amendment rights.

## JURISDICTION AND VENUE

11. This Court has jurisdiction pursuant to 28 U.S.C. § 2241.

12. Venue lies in the District of Massachusetts, the judicial district where, on information and belief, the Petitioner is currently detained.

## PARTIES

13. Petitioner is a citizen and national of Angola.  Prior to his detention, he resided in Maine.  He is now detained in Massachusetts.

14. Respondent Patricia Hyde, and other Respondents of their agents, are the Petitioner's immediate custodians.

## CLAIM FOR RELIEF

## VIOLATION OF FIFTH AMENDMENT RIGHT TO DUE PROCESS

15. Petitioner's detention violates his right to substantive and procedural due process guaranteed by the Fifth Amendment to the U.S. Constitution. The substantive component of the Due Process Clause of the Fifth Amendment to the United States Constitution protects

Petitioner's liberty interests. Petitioner has a substantive liberty interest in remaining in the U.S., and specifically in Massachusetts, where he can continue to pursue his asylum case within the jurisdiction of the Chelmsford Immigration Court.

16. The procedural component of the Due Process Clause of the Fifth Amendment to the United States Constitution prevents the Respondents from depriving Petitioner of liberty without procedural protections.

## VIOLATION OF EIGHTH AMENDMENT RIGHT TO ADEQUAT CONDITIONS OF DETENTION

17. After personally inspecting the Burlington, MA ICE Fild Office, Rep. Seth Moulton described the conditions as inhumane and inadequate, with detainees sleeping on "concrete floors or benches". See WBUR, Miriam Wasser, Moulton says 'inhumane' conditions persist for detainees at ICE Burlington office (available at https://www.wbur.org/news/2025/12/01/seth-moulton-burlington-ice-office-conditions) (Dec. 1, 2025).

18. Based on reports from Petitioner's pastor, he has been detained at the Burlington, MA Field Office for more than forty-eight hours.  Detention in conditions a violation of Petitioner's Eighth Amendment rights.

## PRAYER FOR RELIEF

Wherefore, Petitioner asks this Court to GRANT the following relief:

1. Assume jurisdiction over this matter;

2. Issue an order that Petitioner not be removed from Massachusetts pending the adjudication of writ;

3. Declare that Petitioner's detention violates the Due Process Clause of the Fifth Amendment;

4. Declare that Petitioner's detention violates the right to adequate conditions of confinement in the Eighth Amendment;

5. Issue a writ of habeas corpus ordering Respondents to release Petitioner on his own recognizance or under parole, a low bond, or reasonable conditions of supervision;

6. Grant any other relief which this Court deems just and proper.

Respectfully submitted,

January 25, 2026                **PETITIONER SIMAO MPEMBELE,**

By his attorney,

Robin N. Nice

McHaffey & Nice, LLC
6 Beacon Street, Suite 720
Boston, MA  02108
617-702-8921 (phone)

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non registered participants on January 25, 2026.


_____ /s/ Robin Nice__

Robin Nice