UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SIMAO MPEMBELE<br>      Plaintiff(s),<br><br>v.<br><br>KRISTI NOEM, TODD LYONS and<br>PATRICIA HYDE<br>      Defendant(s). | Civil Action No. 26-10344-JEK |

# **JUDGMENT**

**KOBICK, D.J.**

☐   Jury Verdict. This action came before the court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☒   Decision by the Court: In accordance with the Court's Electronic Order dated January 30, 2026, [ECF 9], granting the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241;

**IT IS ORDERED AND ADJUDGED:**

Judgment for the Petitioner Simao Mpembele.

Dated: February 9, 2026

                                                        /s/ Haley Currie

                                                        Deputy Clerk